# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION



FILED
SEP 09 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EBONY TAFOYA, <br><br> Defendant. | MCR ~~19-8-M-KLD~~ <br> 19-4-BV-KLD <br><br> **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Compliant, Affidavit in Support of Complaint, and Arrest Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

//

DATED this 9th day of September, 2019.

                                                                                        _____
                                                                                        KATHLEEN L. DESOTO
                                                                                        United States Magistrate Judge